PROB 22 (CAEP)
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 0972 1:20CR00206-01 |
| DOCKET NUMBER *(Rec. Court)* | 2:26-cr-00248-JAD-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| Michael Erin Vandeventer<br>AKA: Michael Erin Vandeventer Jr.; Michael Vandeventer; "TJ"<br>Nevada *(City/State only)* | E-CA | Fresno | |
| | NAME OF SENTENCING JUDGE: United States District Judge Charles R. Breyer | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM | TO |
| | Supervised Release | 12/19/2025 | 12/18/2028 |

OFFENSE

18 USC 1951 – Conspiracy to Interfere with Commerce Through Robbery (CLASS C FELONY)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The person under supervision is employed full-time, resides in Nevada with his significant other and their daughter, and also has significant family and employment ties to the District of Nevada.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 27, 2026
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ______ DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/4/2026
*Effective Date*

*United States District Judge*

CC: United States Attorney